620 A.2d 1371

**CRIMINAL INJURIES COMPENSATION BOARD**

v.

**Larry D. WILT and Memorial Hospital and Medical Center of Cumberland, Inc., et al.**

**No. 89, Sept. Term, 1992.**

Court of Appeals of Maryland.

March 16, 1993.

■■■■■■■■■■■■■■■■

Diane Krejsa, Asst. Atty. Gen., argued and briefed (J. Joseph Curran, Jr., Atty. Gen. of Maryland and Steven G. Hildenbrand, Asst. Atty. Gen., on brief), Baltimore, for petitioner.

Robert S. Paye, argued and briefed (Paul C. Sullivan, on brief), Cumberland, for respondent.

Argued before ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW, KARWACKI and ROBERT M. BELL, JJ., and CHARLES E. ORTH, Jr., Judge of the Court of Appeals (Retired, Specially Assigned).

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 16th day of March, 1993

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.